UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michelle Renfrow,   Case No. 3:24-cv-946

        Plaintiff,

v.   ORDER AND
JUDGEMENT ENTRY

Commissioner of Social Security Administration,

        Defendant.

On December 18, 2024, United States Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation ("R & R") recommending I vacate the Commissioner of Social Security's decision denying Plaintiff's applications for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income and remand this matter for further proceedings consistent with his R & R. (Doc. No. 12). In the R & R, he notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 17).

More than fourteen days passed, and no party filed any objection to the R & R. I consider their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Greenberg's R & R in its entirety as the final Order of this Court. The Commissioner's decision is vacated, and this matter is remanded for further proceedings consistent with Judge

Greenberg's R & R. Plaintiff's counsel's motion asking that I enter judgment so he may file a motion for attorney fees is denied as moot. (Doc. No. 13).

    So Ordered.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge